THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
MAX BURMAN, Appellant.

Argued June 2, 1938; decided July 7, 1938.

*Maurice Edelbaum* for appellant.

*Thomas E. Dewey, District Attorney (Harris B. Steinberg* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.